O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HERRERA, | Case No. EDCV 11-00223 VAP (DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AURORA LOAN SERVICES LLC; CAL-WESTERN RECONVEYANCE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AKA MERS; US BANCORP, D.B.A. US BANK, N.A., AS TRUSTEE FOR THE LEHMAN XS TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N; AND DOES 1 THROUGH 100, INCLUSIVE, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 10, 2011

                                          VIRGINIA A. PHILLIPS
                                          United States District Judge